IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MARY E. THOMAS, | : | |
| Plaintiff, | : | Case No. 3:04CV00389 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| UNITED STATES POSTAL<br>SERVICE, et al., | : | |
| Defendants. | : | |
| | : | |

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON JUNE 21, 2005 (Doc. #5); DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE; AND TERMINATING CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a _de novo_ review of the Second Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #5), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Second Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on June 21, 2005 (Doc. #5) is ADOPTED;

2. Plaintiff's Complaint is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b); and

3. This case is terminated on the docket of this Court.

_/s/ Walter Herbert Rice_
Walter Herbert Rice
United States District Judge